# HARVARD LAW SCHOOL



ELIZABETH WARREN
*Leo Gottlieb Professor of Law*

Hauser Hall 200
Cambridge, Massachusetts 02138
TEL: 617-495-3101
FAX: 617-496-6118
ewarren@law.harvard.edu

November 22, 2006

The HonorableColleen A.Brown
U.S. Bankruptcy Court
District of Vermont
PO Box 6648
Rutland, VT 05702-6648

GRANT

Dear Chief Judge Brown:

I am writing to request an order exemption for the Bankruptcy Project from PACER fees in the District of Vermont. I am a professor who works with several other professors, including Drs. David Himmelstein and Steffie Woolhandler of the Harvard Medical School, Professor Melissa Jacoby of the University of North Carolina, Professor Robert Lawless of the University of Illinois, Professor Katherine Porter of the University of Iowa, Professor John Pottow and Provost Teresa Sullivan of the University of Michigan, Dr. Deborah Thorne of Ohio University, and Professor Jay Westbrook of the University of Texas in collecting data and writing about the businesses and individuals who file for bankruptcy. We have incurred PACER charges in order to advance our academic research about the bankruptcy system.

Our most immediate project involves a study of mortgage claims and homeownership in Chapter 13 bankruptcy cases. This study is directed by Professor Katherine Porter and is funded by a grant from the National Conference of Bankruptcy Judges' Endowment for Education. We are also planning to go into the field beginning in January 2007 to collect new data for the Consumer Bankruptcy Project.

All of our research is made public and is shared with the courts, the Office of the United States Trustee and the Administrative Office of the United States Courts. We do not use PACER for any purpose other than academic research. We do not use PACER for the practice of law for clients or use PACER for any other fee-generating purposes.

The Honorable Colleen A. Brown
U.S. Bankruptcy Court District of Vermont
November 22, 2006
Page 2


Our collective and individual research has been published in several law review articles, including the Cornell Law Review, California (Berkeley) Law Review, Harvard Law Review, Northwestern Law Review, and Stanford Law Review, as well as professional journals in medicine and sociology. We have also integrated the research into several books. Without access to these data, this work might never have been completed. Everyone associated with the project is very grateful to the judges who have made it possible.

Several other courts have made fee waivers available to us. I am including here for your information a list of the districts in which we currently have waivers. Some courts have given us permanent waivers, applicable so long as we are doing academic research under the same terms; others have given us year-to-year or two-year exemptions, which they have subsequently renewed.

I would like to request a waiver, on precisely the same terms as that granted in other courts. PACER access will be used only for academic research; it will not be used in connection with the representation of clients or for other fee-generating purposes. I would also like to request that the fee waiver be applicable for all data collection through 2007 and, if possible, beyond.

If I can answer any questions, please feel free to get in touch with me. Thank you for your help.

Sincerely yours,



Elizabeth Warren
Leo Gottlieb Professor of Law




Enclosure

Current PACER Exemption Districts
Professor Elizabeth Warren
Harvard Law School
As Of November 22, 2006

Alabama Middle
Alabama Southern
Arkansas Eastern and Western
California Central
California Eastern
California Northern
California Southern
Colorado
Delaware
Georgia Middle Bankruptcy Court
Georgia Northern
Georgia Southern
Idaho
Illinois Central
Illinois Northern
Iowa Southern
Maryland
Massachusetts
Michigan Western
Minnesota
Mississippi Northern
Mississippi Southern
Missouri Eastern
Missouri Western
Montana
Nebraska
New Hampshire
New York Southern District
North Carolina Eastern
North Carolina Middle
North Carolina Western
Ohio Southern
Pennsylvania Eastern
Pennsylvania Western
Rhode Island
South Dakota Northern
Tennessee Eastern
Tennessee Middle
Tennessee Western Bankruptcy Court
Texas Eastern
Texas Northern
Texas Western
Utah

Virginia Eastern
Virginia Western Bankruptcy Court
Washington Western
West Virginia Southern
Wyoming Bankruptcy Court